Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ. Settle order on notice..

In the Matter of Summary Proceedings. ROCKAWAY POINT COMPANY, INC., Respondent, v. NILS FRIBERG, Appellant.— Motions for stay granted so far as to stay execution of warrant, upon condition that appellant perfect both appeals and bring cases on for argument on Tuesday, June 14, 1921; otherwise, motions denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Petition of HANNAH TAYLOR to Prove the Last Will and Testament of CHARLES C. TAYLOR, Deceased. ABIGAIL PORTER HILL, Appellant; FRANCIS H. GILBERT, as Executor, etc., of HANNAH E. TAYLOR, Deceased, Respondent.— Motion denied upon condition that appellant perfect the appeal, place the case on the calendar for Tuesday, June 14, 1921, and be ready for argument when reached; otherwise, motion granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

ANNIE V. MARTIN, as Administratrix, etc., of MICHAEL McCARTHY, Deceased, Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

THOMAS M. McMAHON, Appellant, v. WAINWRIGHT & SMITH COMPANY, INC., Respondent.— Motion denied. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

JOHN McNULTY, an Infant, by LUCY McNULTY, His Guardian ad Litem, Respondent, v. WILLETT I. WAGNER, by WILLETT L. WAGNER, His Guardian ad Litem, Appellant.— Motions denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

CHARLES W. NOYES, JR., Respondent, v. HOWARD E. WHEELER, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ. '

ANDREW E. REMICK, Appellant, v. CHRISTIANE CARLSON and JOHN CARLSON, ètc., Respondents.— Motion for stay denied, without costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

PHILIP ROSENBLUM, Respondent, v. MORRIS ROSEN, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the October calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

JOHN C. STEHL and Others, Respondents, v. ROBERT W. BOENIG, Appellant.— Motion denied on condition that the case be placed on the calendar for the October term, 1921, and argued when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

EMIL J. STEHLI, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Motion granted on condition that the stay be continued. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

TOWN OF MAMARONECK and Another, Appellants, v. VILLAGE OF

·MAMARONECK and Others, etc., Appellants, Impleaded with NEW YORK INTERURBAN WATER COMPANY and Another, Respondents.— Motion denied, without costs.   Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

TOWN OF MAMARONECK and Another, Appellants, v. VILLAGE OF MAMARONECK and Others, etc., Appellants, Impleaded with NEW YORK INTERURBAN WATER COMPANY and Another, Respondents.— Motion denied, without costs.   Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

TREBLIG REALTY AND CONSTRUCTION COMPANY, INC., Respondent, v. ·SIDNEY W. TUTTLE, Appellant.— Motion for stay granted.   Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

ZODIAC, INC., Appellant, v. CAROLYN HARRIS, Respondent.— Motion denied, without costs.   Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

CAROLINE G.· BAILEY, as Administratrix, etc., of ABRAHAM BAILEY, Deceased, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, upon the ground that, on account of the misconduct of plaintiff's counsel upon the trial, the defendant did not have a fair trial of the issues.   Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

LOUISE F. BRUNO, Respondent, v. CHARLES M. BRUNO, Defendant, Impleaded with JOHN J. PIGNATARO, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs.   No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

PHILIP BURTAINE, Respondent, v. ADOLPH BARR and MAX BARR, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw the demurrer and serve answer upon payment of costs within twenty days.   No opinion.   Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

ELIZABETH B. BYRNE, Respondent, v. ELLEN MCDONOUGH, Appellant.— Judgment unanimously affirmed, with costs, on the opinion of Mr. Justice Cropsey at Special Term.   [Reported in 114 Misc. Rep. 529.]   Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

GENEVIEVE GALLAGHER, Respondent, v. SAMUEL KLEIN, Appellant.— Judgment and order unanimously affirmed, with costs   No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

FLORENCE HAASE, Respondent, v. NEW YORK HERALD COMPANY, Appellant.   (Action No. 1.) — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.   Under the authorities, plaintiff was called upon to show that her neglect to prosecute this action was not unreasonable.   (*Armstrong* v. *Star Co.*, 154 App. Div. 320; *Ingri* v. *Star Co.*, 134 id. 960; *Regan* v. *Milliken Bros.*, 123 id. 72.)   This the plaintiff has failed to do.   The affidavit in opposition is not made by any one having any responsible connection with the litigation, and nothing is stated therein to show that plaintiff has any desire or intention of prosecuting the action.